UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
AUG 2 2 2008
AUG 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ABDUL KAREM AL-SADUN

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

STATE OF ILLINOIS, DEPARTMENT

OF CHILDREN AND FAMILY SERVICES (DCFS),

SOAD AL-SADUN, FOSTER MOTHER KNOWN AS "DORTHY",

AND FOUR EMPLOYEES OF DCFS KNOWN AS "ROBEN"

JOBE" SHEEY" AND A SUPERVISOR KNOWN AS "KATHY",

AND DIAJANG MANK, AND KRISTENA.

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**08CV4802**
**JUDGE ANDERSEN**
**MAGISTRATE JUDGE COX**

CHECK ONE ONLY:

__X__  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

    A. Name: Abdul Karem Al-Sadun

    B. List all aliases: Abd

    C. Prisoner identification number: 12393-424

    D. Place of present confinement: Northeast Ohio Correctional Center

    E. Address: 2240 Hubbard Road Youngstown, Ohio 44505.

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: State of Illinois

        Title: State

        Place of Employment: Illinois

    B. Defendant: Department of Children and Family Services (DCFS)

        Title: Agency in the state of Illinois

        Place of Employment: 200 South Wyman, Rockford, Illinois 61101--1232

    C. Defendant: Soad Al-Sadun

        Title: Biological Mother/House Wife

        Place of Employment: 813 Buckbee Street Rockford, Illinois 61104

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

II. Defendant's (continue)

    D.    Defendant: Dorthy (Foster Mother)

          Title: Foster Mother

          Place of employment: DCFS.

    E.    Defendant: Ronin

          Title: Case worker

          Place of employment: DCFS. 200 South Wyman, Rockford, IL 61101

    F.    Defendant: Jobe

          Title: Case worker

          Place of employment: DCFS. 200 South Wyman, Rockford, IL 61101

    G.    Defendant: Sheey

          Title: Case worker

          Place of employment: DCFS. 200 South Wyman, Rockford, Il 61101

    H.    Defendant: Kathy

          Title: Supervisor

          Place of employment: DCFS. 200 South Wyman, Rockford IL 61101

    I.    Defendant: Diagang Mank

          Title: Uniform worker

          Place of employment: Not known.

          Home Address: 838 N. Church Street #18 Rockford, IL 61103.

    J.    Defendant: Kristena

          Title: House wife

          Home Address: 3215 Thelma Street Rockford, IL 61108.

**END OF DEFENDANT'S LIST**

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

    A.    Is there a grievance procedure available at your institution?

          YES (X) NO ( ) If there is no grievance procedure, skip to F.

    B.    Have you filed a grievance concerning the facts in this complaint?

          YES ( ) NO (X)

    C.    If your answer is **YES**:

        1.    What steps did you take?

        2.    What was the result?

        3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

    D.    If your answer is **NO**, explain why not:
Because the Lawsuit is not against the federal bureau of prison and there is no grievance to file to (DCFS).

3

E.   Is the grievance procedure now completed?   YES (X)   NO ( )

F.   If there is no grievance procedure in the institution, did you complain to authorities?
     YES ( )   NO (X)

G.   If your answer is **YES**:

   1.   What steps did you take?
        _____
        _____
        _____

   2.   What was the result?
        _____
        _____
        _____

H.   If your answer is **NO**, explain why not:   Not applicable to my issue.
     _____
     _____
     _____
     _____

4

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: __NA__

B. Approximate date of filing lawsuit: __NA__

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: __NA__

D. List all defendants: __NA__

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __NA__

F. Name of judge to whom case was assigned: __NA__

G. Basic claim made: __NA__

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __NA__

I. Approximate date of disposition: __NA__

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

V.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Neglect of State of Illinois to the Agency's and the neglect of the

of the Agency to the employees that caused the injury and the

death of three of my Daughters injury to my wife and grand son,

as well as the unborn child of Maalie.

By the (DCFS) my children were taken and placed in with Foster

Mothers from 2002 and with the Court's order to be protected and

become free from having a religious Father and Mother that loved

their children and cared for them and protect them to their Islamic

belief and tradition that was considered wrong by the United States

Courts and by the State of Illinois and by the Department of

Children and Family Services Rules and the neglect of their employees.

And by taken the Children from their Father and Mother to keep

them safe and secure, it did not work and many other problems

accord such as when the Children were placed with the Foster Mother

the Judge had order to have the Children contact their parent two

times a week and that didn't happen so I used to go to the DCFS's

Office and tell the Case worker MS. Robine who tells me okay I will

talk to the Foster Mother but that didn't change any thing and the

Case worker started making problems between us and the Children and

6

By teaching the children to "Not to listen to your Parent because you are not in Iraq now you are in America".

I told the Judge on the Case about the MS. Robine and I also complained on the record the Judge said this is not right and I don't except that and you can't be telling that to the Children.

Second: on of the Foster Mothers hit my Daughter Jasmin and we found a mark on her hand, so me and my wife asked her "how did you get this mark on your hands and on your back?" she told us that the Foster Mother hit her so at that time we were visiting the children at the DCFS's visiting room and we went to the case worker and talked to MS.Jobe and we also informed "CASA" about the mark's of beating on Jasmin's hands and back, and we informed the Judge of the Case and he said that this is not right the Foster Mother must be changed and her licence must be revoked,

third: they moved Maalie to a small city called "Potanka" and placed her with a Foster Mother that lived with her boyfriend who was convected and had served 10 Years in prison for Drug charges, and I objected to have my Daughter live in a house with a convect that was involved with Drugs, and I spoke to MS. Robine and she said that she will talk with the Supervisor named Kathy, after a week later I called MS.Robine to find out that the supervisor had said she will not do any changes to Maalie's Foster status.

Forth: Maalie was only 14 Years old when she was taken from my home

Continue on attachments

7

## Attachment -A-

And she was Fifteen Years old in 2003, and approximately between the two and three Months of her stay at the "Potanka" Foster Mothers House, Maalie called home one day from the neighbor's house and she was crying and told us that the Foster Mother's boyfriend has raped her please come and get me.

Fifth: The Foster Mother had told her not to wary this is a normal think and didn't let Maalie to use the Phone to call the police, so Maalie run to a neighbor's house and called us first and then called the police whom were there before me and my wife, Brother, and my sons arrived, they took the boyfriend to prison and Maalie to a Hospital.(Case No. 0/3 Fo425G  Ph.#815-239-1600)

Sixth: Next Day after Maalie's rape I went to the DCFS's Office and had a meating wit the Case worker MS.Robine and the supervisor MS. Kathy who she asked me what is going on MR.Al-Sadun?.. I said that Maalie was raped by the Foster Mother's Boyfriend and Kathy said all the teenagers they like sex, and I said to her why are you giving me such a stupid answer, and even the case worker she had followed me outside to apologized for her supervisor's answer.

Seventh: Case worker known to us as "Sheey" she started a rumor in around 2006 that my wife Soad was seeing an other person and that she had become pregnant and did the abortion of fear so that her brother inlaw will not find out, and my wife Soad had the uterus removed on december 16th 1996 in sandiago california by Doctor Zacony.

Eight: In July 2003 I went to prison and the Childrens Case Judge order that the Children must stay in contact with their father and to visit him in prison, I received only one visit and two letters

**Attachment -B-**

Then I called my Daughter Hanadie who had a cell phone and said to me Dad I am scared to answer the phone because the Foster Mother Dorthy don't let me talk to you, so I called Dorthy and I asked her why you don't let my kids talk to me? she said MR.AL-Sadun don't call my house again please and she hung up the phone on me.

And my wife went to complain to the Case worker Jobe or(Joby) and their answer was okay we will call the Foster Mother but nothing happens.

Ninth: In or around mild of June the foster Mother Dorthy sent the Children (Jasmin and Hanadie) Home with their Mother Soad and three Day's later she moved them to an other house of (kristena who was Alison's Mother who was Hanadie's girl-friend) at 3215 Thelma st. Rockford, Illinois 61108, then Dorthy called the Police to report that Jasmin and Hanadie had run away, and the police came to the house looking for the girls but they couldn't find them because they were at their girl-friend's house Alison who used to bring them to see my wife and they stayed at Kristena's House for month and a half a Month.

Tenth: On August 26th 2007 my wife Soad went to a family friend (Daijang Mank) at 838 N. Church Street # 18 Rockford, Illinois 61103, and borrowed his car and with expired Driver licence she took my three Daughters and my grand son and had an accident that caused the death of Maalie who was also pregnant and the death of Hanadie and Jasmin, and the injury to my wife and my grand son. Foster Mother "Dorthy" is like other foster Mothers before that such as the one with a convect boyfriend who raped Maalie who was Fifteen Years Old and who was taken from her protected father, Mother, Brothers and uncle, By the (DCFS) and placed in Foster

ATTACHMENT -C-

Home at age of (14) and Raped at age (15) and Killed at age (18), with her sisters that we don't even know how they were and if they were molested or not but we hope that they were not.

Death of children and the injury to my wife and grand son caused by an Accident that was caused by my wife.

The State of Illinois Law's and regulation that was inforest by the Department of Children and Family Services to take the Children and brake a Family that are Muslims and they practice the Islamic tradition that a girl must cover her head and dress so that no parts of her body are showing in long dress or pants but no shorts or thin clothes that will make body to show and any cloths that the Family deems not suitable to wear will include in the cloths that are forbidden.

Department of Children and Family Services took Muslim Children From a Muslim Family and Placed them in Foster Homes that were not Muslims and caused the Children to improper dressing and all other things that are forbidden by the Islamic religion and by exploring the children to advanced ways of living that will have No family ties, No religion ties, No tradition ties and in violation of first Amendment and in violation of the due Process of the Law and in violation of equal protection that state of Illinois caused by placing the Muslim Children with none Muslim Foster Mother.

The Department of Children and Family Services worker Neglect the Freedom of religion and neglect the placement of Children with any Foster Mother available and neglect of checking on Children even when I, complaint as many times befor.

The employees and their supervisor were neglecting all of the Complaints made by me, also the Foster mother's Action that took

## ATTACHMENT -D-

The Children from her House to their Mother's Homes was in with violation of state rules and the courts of Illinois and was also in violation of equal protection of the Law, Dorthy neglected her position as a Foster for the (DCFS) by taking Hanadie and Jasmin to Kristena's house and then Calling the Police and lieing to them by telling that the Children had run away, her lieing to keep the Children hidden from the Law Enforcement caused them their death, (DCFS) placing the Children with unprotective Foster Mother Dorthy, and the Illinois by not placing the Muslim Children with the Muslim Foster Mother in violation of freedom of religion of the first Amendment and the equal protection of the Law which was by the Illinois Law taken and by the Illinois Law were placed in with the Foster Home and Mother Dorthy that lead to their death.

### conclusion

I, have been deprived of the privilege of being a father of the Daughters that I, once had and enjoyed.

My mind and my life has been damaged which it can never be the same as it was before,

My family been dismantled and crushed by the Illinois Law and by the (DCFS) employees and their Foster Homes.

My daughters were taken not for safe keeping but for their Death.

I, feel like I, have been discriminated by the enforcement of the Law of State of Illinois , by the (DCFS's) employees and deprived of my constitutional rights.

**END OF STATEMENT**

**VI.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1- I need the Honorable Court to issue an order to the Department of Children and Family Services to give me the complete Names and Addresses of all the above Employees and foster Mothers of Them.

2- I need the Honorable Court to issue its Order for to compensate Me for the death of my two Daughter Henadie and Jasmin the sum Fifty milion Dollars for each, from the State of Illinois and All the Defendant's above.

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  14th  day of  August , 20 08

_Abdul Karem Al-Sadun_ (signature)
(Signature of plaintiff or plaintiffs)

Abdul Karem Al-Sadun
(Print name)

# 12393-424
(I.D. Number)

Northeast Ohio Correctional Center

2240 Hubbard Rd. Youngstown, Ohio 44505
(Address)

8

**NOTICE OF FILINGS AND**
**CERTIFICATE OF SERVICE**

I, Abdul Karem Al-Sadun,

 Filed or caused to be filed a Lawsuit against all these Defendant below, in the United States District Court for the Northern District of Illinois, Eastern Division on this 15th Day of August 2008.:

 #1-State of Illinois,

 #2-Department of Children and Family Services (DCFS),

 #3-Soad Al-Sadun,

 #4-Foster Mother known as Dorthy/of (DCFS),

 #5-Robin or (Roben) Case worker/of (DCFS),

 #6-Jobe or (Jobey) Case worker/of (DCFS),

 #7-Sheey Case worker/ of (DCFS),

 #8-Supervisor known as Kathy /of (DCFS),

 #9-Diajang Mank,

 #10- Kristena.

Each to their known Address or incar of the DCFS to make sure that All the persons named above has been served properly.

I, Abdul Karem Al-Sadun, Plaintiff, Pro-Se sent one copy of this Complaint to all the above Defendants and an original with Two copies to the United States District Court for the Northern District of Illinois, Eastern Division and by the way of Depositing them into the U.S.Mail Box at Northeast Ohio Correctional Center 2240 Hubbard Road in Youngstown, Ohio 44505 on this 15th Day of August 2008.

 I, declare under the penalty of perjury that all the above is true and correct.

             Respectfully Submitted

August __15__ 2008     By _Abdul Al-Sadun_
            Abdul Karem Al-Sadun 12393-424

 N.E.O.C.C.  2240 Hubbard Rd. Youngstown, Ohio 44505.

Abdul Karem Al-Sadun #12393-424
Northeast Ohio Correctional Center
2240 Hubbard Rd.
Youngstown, Ohio 44505                                    August 15th 2008

**TO THE:**
        **CLERK OF D.C.F.S**

        RE: Al-Sadun  SCR #937542-C and SCR #1773261-A.

Due to my lock of knowledge or information of these following that has been Named as Defendants in an Action in the Federal District Court and they All must be served Properly by the Plaintiff (me), and for me to serve all these defendant is the only way through you, so could you please have one of the seven copies here with in this envelope delevered to each of the following Named Defendants:

1- State of Illinois,
2- Department of Children and Family Services,
3- Dorthy the foster on the above cases,
4- Robin or (Roben) Case worker on the Above Cases,
5- Jobe or (Jobey) Case worker on the above Cases,
6- Sheey Case worker on the above Cases,
7- Kathy Supervisor on the above Cases.

                        Thank You

                                        Respectfully Prepared

August  15  2008                By   *Abdul Al-Sadun*
                                    Abdul Karem Al-Sadun Pro-Se
                                    N.E.O.C.C. #12393-424
                                    2240 Hubbard Rd.
CC/Federal District Court            Youngstown, Ohio 44505
   for the Northern District
   of Illinois, Eastern Division.