**PRISONER CASE**



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

**Plaintiff(s):** ABDUL KAREM AL-SADUN        **Defendant(s):** STATE OF ILLINOIS, et al.

**County of Residence:** US, Outside the State of IL        **County of Residence:**

**Plaintiff's Address:**        **Defendant's Attorney:**

Abdul Karem Al-Sadun
#12393-434
NEOCC
2240 Hubbard Road
Youngstown, OH 44501

**08CV4802**
**JUDGE ANDERSEN**
**MAGISTRATE JUDGE COX**

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**FILED**
AUG 2 2 2008 TC
Aug 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [✓] No

**Signature:**        **Date:** 8/22/08